UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAEED BAJWA, M.D., <br><br> Plaintiff, <br><br> v. <br><br> ERIC D. HARGAN., Acting Secretary of the United States Department of Health and Human Services, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 3:17-CV-792 (GTS/DEP) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, plaintiff SAEED BAJWA, M.D., and defendant ERIC D. HARGAN., Acting Secretary of the United States Department of Health and Human Services, by and through their undersigned attorneys, that plaintiff's complaint against defendant and all claims therein be and hereby are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(l)(A)(ii), without costs or fees to any party as against any other. That no party hereto is an infant or incompetent; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order may be executed in separate counterparts and by facsimile signature, each of which shall be deemed to be an original.

Once this Stipulation and Order has been signed and so ordered by the Court, the Clerk of the Court shall enter judgment in this case dismissing the action with prejudice and shall close the case.

Dated: _____ December 22 _____, 2017

_____
David B. Deitch, Esq.
Attorney for Plaintiff
Bar Roll No. __18037__
Harris, St. Laurent & Chaudhry LLP
40 Wall Street, 53rd Floor
New York, New York 10005

Dated: ___/ 2 / 2 2___, 2017

_____

Charles E. Roberts
Assistant United States Attorney
Bar Roll No. 102454
Attorney for the United States
United States Attorney's Office
100 South Clinton Street, Ste. 900
Syracuse, New York 13261

Dated:  December 28, 2017
       Syracuse, NY

SO ORDERED: _____

Chief Judge Glenn T. Suddaby